# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRITTNEY M. SAVELL

NO. 2026 KW 0645

**JULY 27, 2026**

---

In Re:    Brittney M. Savell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 603835-2.

---

BEFORE:   **PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.**

**AHP**

**HG**

**Fields, J.,** concurs. Relator pled guilty pursuant to a negotiated agreement, was sentenced within the sentencing range noted by the court during the **Boykin** colloquy, and was informed at the time of her pleas that she was waiving her right to appeal. Therefore, relator has not shown that she is entitled to reinstatement of her appellate rights or an out-of-time appeal. See **State v. Johnson**, 2016-2232 (La. 3/9/18), 237 So.3d 1184 (*per curiam*). Furthermore, a review of the record reveals no unconstitutional infirmity or irregularities in relator's guilty pleas. **Boykin v. Alabama**, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969); **State v. Young**, 2020-0049 (La. App. 1st Cir. 11/6/20), 315 So.3d 904, 907, <u>writ denied</u>, 2020-01402 (La. 2/9/21), 310 So.3d 177.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT